# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 25, 2019

SEAN F. McAVOY, CLERK

| | | | |
|---|---|---|---|
| U.S.A. vs. | Frangella, Christopher Joseph | Docket No. | 0980 2:18CR00232-TOR-11 |

### Petition for Action on Conditions of Pretrial Release

     COMES NOW Jonathan C. Bot, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Christopher Joseph Frangella, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge John T. Rodgers sitting in the court at Spokane, Washington, on the 16th day of January 2019, under the following conditions:

**Standard Condition #9:** Defendant shall refrain from the unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, Unless prescribed by a licensed medical practitioner in conformance with Federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

     RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #1:** Mr. Frangella tested presumptive positive for the presence of marijuana and methamphetamine on January 18, 2019.

On January 18, 2019, the conditions of pretrial release supervision were reviewed with Mr. Frangella. He acknowledged an understanding of his conditions, which included standard condition number 9.

On January 18, 2019, Mr. Frangella reported to the U.S. Probation Office following his initial appearance and arraignment on January 16, 2019. As part of that meeting, Mr. Frangella submitted a urinalysis that tested presumptive positive for marijuana and methamphetamine. Mr. Frangella admitted to the undersigned, and via a signed document, that he last consumed marijuana and methamphetamine on January 15, 2019.

     PRAYING THAT THE COURT WILL ORDER NO ACTION AT THIS TIME

| | |
|---|---|
| | I declare under the penalty of perjury that the foregoing is true and correct. |
| | Executed on:    February 25, 2019 |
| by | s/Jonathan C. Bot |
| | Jonathan C. Bot<br>U.S. Pretrial Services Officer |

THE COURT ORDERS

[X]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  The incorporation of the violation(s) contained in this
     petition with the other violations pending before the
     Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[ ]  Defendant to appear before the Magistrate Judge.
[ ]  Other

_____
Signature of Judicial Officer

February 25, 2019
_____
Date