# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 22, 2019

SEAN F. MCAVOY, CLERK

| | | | |
|---|---|---|---|
| U.S.A. vs. | Frangella, Christopher Joseph | Docket No. | 0980 2:18CR00232-TOR-11 |

**Petition for Action on Conditions of Pretrial Release**

  COMES NOW Jonathan C. Bot, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Christopher Joseph Frangella, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge John T. Rodgers sitting in the court at Spokane, Washington, on the 16th day of January, 2019 under the following conditions:

**Standard Condition #9:** Defendant shall refrain from the unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, Unless prescribed by a licensed medical practitioner in conformance with Federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

  RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #1:** On May 13, 2019, Mr. Frangella submitted a urine sample that tested presumptive positive for methamphetamine and amphetamine. Mr. Frangella informed the undersigned that he recently used oil drops for his vape device which were given to him by an individual who he later ascertained is a methamphetamine user. The urinalysis was therefore sent to Alere Toxicology (Alere) for confirmation. On May 19, 2019, Alere reported the sample was confirmed positive for amphetamine and methamphetamine, which is a direct violation of standard condition number 9.

On January 18, 2019, the conditions of pretrial release supervision were reviewed with Mr. Frangella. He acknowledged an understanding of his conditions, which included standard condition number 9.

  PRAYING THAT THE COURT WILL ORDER A WARRANT

| | |
|---|---|
| | I declare under the penalty of perjury that the foregoing is true and correct. |
| | Executed on:   May 20, 2019 |
| by | s/Jonathan C. Bot |
| | Jonathan C Bot<br>U.S. Pretrial Services Officer |

THE COURT ORDERS

[ ] No Action
[✓] The Issuance of a Warrant
[ ] The Issuance of a Summons
[✓] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[✓] Defendant to appear before the Judge assigned to the case.
[ ] Defendant to appear before the Magistrate Judge.
[ ] Other

_____
Signature of Judicial Officer

May 22, 2019
Date