UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA, | NO: 2:18-CR-0232-TOR-11 |
|---|---|
| Plaintiff, | |
| v. | ORDER GRANTING RELEASE TO ATTEND IN-PATIENT TREATMENT |
| CHRISTOPHER JOSEPH FRANGELLA, | |
| Defendant. | |

BEFORE THE COURT is Defendant's Motion to Reconsider Conditions of Release (ECF No. 466). The motion was submitted for consideration without oral argument on an expedited basis. Having reviewed the record and the documents contained therein, the Court is fully informed.

On June 4, 2019, Defendant appeared before the Court for a detention hearing pursuant to a Petition for Action on Conditions of Pretrial Release. ECF No. 382. At the conclusion of the hearing, the Court granted the government's Motion for Detention (ECF No. 405) and remanded Defendant to the custody of

ORDER GRANTING RELEASE TO ATTEND IN-PATIENT TREATMENT ~ 1

the United States Marshal pending sentencing.  Defendant now moves the Court to allow him to be released from the Spokane County Jail to attend in-patient treatment.  In support of his request, Defendant reports that he has secured a bed date for June 26, 2019, at 10:00 a.m., at Pioneer Center East.  The government does not object to the motion and the United States Probation Officer defers to the Court.  ECF No. 466 at 1.  The Court finds good cause to grant Defendant's request and allow him to attend in-patient treatment.

**ACCORDINGLY, IT IS HEREBY ORDERED:**

1. Defendant shall be released from the Spokane County Jail on **June 26, 2019, at 10:00 a.m.**, to a staff member of Pioneer Center East for transportation directly to their facility to begin treatment.

2. Upon successful completion of in-patient treatment, Defendant shall be transported directly from the treatment facility by a staff member of Pioneer Center East back to the Spokane County Jail, where he will be detained pending sentencing.  **Should Defendant leave the treatment facility, is terminated from treatment, or does not successfully complete treatment, the Pioneer Center East treatment facility shall immediately notify U.S. Probation Officer Jon Bot or the U.S. Marshal and return Defendant to the Spokane County Jail.**

//

//

ORDER GRANTING RELEASE TO ATTEND IN-PATIENT TREATMENT ~ 2

3. The sentencing hearing scheduled for September 10, 2019, remains set.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order and provide copies to counsel, the United States Probation Office, and the U.S. Marshal's Service.

DATED June 25, 2019.



THOMAS O. RICE
Chief United States District Judge

ORDER GRANTING RELEASE TO ATTEND IN-PATIENT TREATMENT ~ 3