PROB 12C
(6/16)

Report Date: September 9, 2022

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 09, 2022

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Christopher Joseph Frangella        Case Number: 0980 2:18CR00232-TOR-11

Address of Offender: ▮▮▮▮▮▮▮▮▮▮▮▮ Spokane, Washington 99208

Name of Sentencing Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: September 10, 2019

| | |
|---|---|
| Original Offense: | Mail Fraud, 18 U.S.C. §§ 1341, 2;<br>Conspiracy to Commit Mail & Wire Fraud, 18 U.S.C. §§ 1341, 1343, 1346 |
| Original Sentence: | Prison - 15 months<br>TSR - 36 months |

Type of Supervision: Supervised Release

| | |
|---|---|
| Asst. U.S. Attorney: | George J. C. Jacobs, III |
| Defense Attorney: | Federal Defender's Office |

Date Supervision Commenced: September 2, 2020
Date Supervision Expires: September 1, 2023

## PETITIONING THE COURT

To issue a **warrant**.

On September 6, 2020, a U.S. probation officer reviewed Christopher Frangella's conditions of supervised release with him. He signed his judgment acknowledging his understanding of his conditions of supervision.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition #12**: If this judgment imposes restitution, a fine, or special assessment, it is a condition of supervised release that you pay in accordance with the Schedule of Payments sheet of this judgment. You shall notify the probation officer of any material change in your economic circumstances that might affect your ability to pay any unpaid amount of restitution, fine, or special assessments.<br><br>**Supporting Evidence**: Mr. Christopher Frangella is alleged to have violated standard condition number 12, by failing to pay any amount toward his owed Court ordered special penalty assessment, or amount of restitution, in April, June, and August 2022.<br><br>Special Penalty Assessment: $600    Victim Restitution: $42,000<br>Imposed Amount: $42,600    Collected: $5,890    Outstanding Balance: $36,709<br><br>On numerous occasions throughout the clients current term of supervised release, to include initially at his time of intake, and most recently July 21, 2022, Mr. Frangella was contacted and reminded of his Court ordered obligation to pay toward his outstanding special penalty assessments and restitution in the amount of $400, as ordered on his judgment. Mr. Frangella |

Prob12C
Re: Frangella, Christopher Joseph
September 9, 2022
Page 2

has made some efforts to pay toward his restitution; however, he has fallen short of the amount ordered by the Court. Mr. Frangella has failed to make any efforts to pay toward his restitution in April, June, and August 2022.

2    **Standard Condition #2:** After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.

**Supporting Evidence**: It is alleged Mr. Frangella is in violation of his conditions of supervised release by failing to report to the U.S. Probation Office on August 26 and 29, and September 8, 2022.

On August 19, 2022, the undersigned officer attempted to reach Mr. Frangella by telephone. Both voice and text messages were left, instructing him to report to the U.S. Probation Office on August 26, 2022. Mr. Frangella failed to report as directed

On August 26, 2022, the undersigned again attempted to reach Mr. Frangella by telephone and he did not answer. Additional voice and text messages were left on his phone, instructing him to report to the U.S. Probation Office on August 29, 2022. He failed to report as directed.

In another attempt to contact Mr. Frangella, a U.S. probation officer attempted to make contact with him at his address of record on September 2, 2022. After several knocks, no one answered the door. A business card was left in the door jamb, instructing Mr. Frangella to report to the U.S. Probation Office on September 8, 2022. Mr. Frangella failed to report as directed.

The U.S. Probation Office respectfully recommends the Court issue a **warrant** requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    09/09/2022

s/Courtney Hambel

Courtney Hambel
U.S. Probation Officer

THE COURT ORDERS
[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

Thomas O. Rice
United States District Judge

September 9, 2022
Date